UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Docket No.: 3:97CR00008-001/RV |
| | ) | |
| **CEDRICK ANTONIO BROOKS,** | ) | |
| **aka CEDRIC BROOKS** | ) | |
| | ) | |

## ORDER MODIFYING SUPERVISED RELEASE

THIS MATTER CAME to be heard on August 17, 2006; there appearing Assistant United States Attorney Robert Davies; and the defendant, Cedrick Antonio Brooks, aka Cedric Brooks; appearing in person with appointed counsel, Robert Dennis; and after receiving testimony, the Court did find the defendant in violation of supervised release. The Court orders the defendant's term of supervised release be modified to include the following additional special condition:

"The offender shall reside at the Pensacola Community Corrections Center (halfway house) located at 225 East Brent Lane in Pensacola, Florida 32503, and remain there, except as authorized, for a period of four (4) months. The offender shall be placed in the Corrections Component (most restrictive conditions) of the center, with no furloughs or weekend passes unless authorized by the U.S. Probation Officer. The Offender shall surrender to the center upon designation by the Community Corrections Manager as directed by the probation officer."

DONE AND ORDERED in open Court at Pensacola, Florida this 17 th day of August, 2006.

/s/ *Roger Vinson*
Roger Vinson
Senior United States District Judge

Date Signed: August 17, 2006